UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONJA MITCHELL** | : | **CIVIL ACTION - LAW** |
| 5728 Osage Avenue | : | |
| Philadelphia, Pennsylvania 19143 | : | |
| | : | |
| **Plaintiff** | : | |
| **vs.** | : | **NO.:   2:26-CV-4344** |
| | : | |
| **PLAZA AZTECA PLYMOUTH MEETING,** | : | |
| **INC.** | : | |
| 351 Plymouth Road | : | |
| Plymouth Meeting, Pennsylvania 19462 | : | |
| **and** | : | |
| **PLAZA AZTECA d/b/a, a/k/a PLAZA AZTECA** | : | |
| **MEXICAN RESTAURANTS** | : | |
| 153 SW 157th Street | : | |
| Burien, Washington 98166 | : | |
| **and** | : | |
| **RUBEN LEON c/o PLAZA AZTECA** | : | |
| 15735 Ambaum Boulevard SW | : | |
| Burien, Washington 98166 | : | |
| **and/or** | : | |
| 5704 Thurston Avenue | : | |
| Virginia Beach, Virginia 23455-3336 | : | |
| **Defendants** | : | |

## COMPLAINT

Plaintiff, Tonja Mitchell, by and through her attorney, hereby files this Complaint

against Plaza Azteca Plymouth Meeting, Inc., Plaza Azteca d/b/a, a/k/a Plaza Azteca

Mexican Restaurants and Ruben Leon c/o Plaza Azteca and in support thereof states as

follows:

## JURISDICTION

1.      The jurisdiction of this Court is based upon 28 U.S.C. §1332 in that this

Court has diversity jurisdiction over this matter and the amount in controversy does exceed

Seventy-Five Thousand ($75,000.00) Dollars.

### FACTUAL BACKGROUND

2.    Plaintiff, **TONJA MITCHELL**, is an adult individual who reside at the above address.

3.    At all times material hereto, Defendant, **PLAZA AZTECA PLYMOUTH MEETING INC.**, upon information and belief is a company or corporation created and existing under the laws of the Commonwealth of Pennsylvania, which operates restaurants throughout Pennsylvania and other states, and at all times material hereto had under its care, direction and supervision control and maintenance of a restaurant at 351 Plymouth Road, Plymouth Meeting and surrounding premises within its property limits.

4.    At all times material hereto, Defendant, **PLAZA AZTECA d/b/a, a/k/a PLAZA AZTECA MEXICAN RESTAURANTS**, upon information and belief, is a limited liability corporation, with an office at the above address, which at all times material hereto, owned the aforementioned premises.

5.    At all times material hereto, Defendant, **RUBEN LEON c/o PLAZA AZTECA**, upon information and belief, is a corporation or other legal entity organized and existing under the laws of Pennsylvania with a principal place of business at 15735 Ambaum Boulevard SW, Burien, Washington 98166 in which regularly conducts business in Commonwealth of Pennsylvania and which owned, operated, managed, controlled and/or supervised the operation and employees of the building and premises known as **PLAZA AZTECA PLYMOUTH MEETING, INC.**, and has a principal place of business at the above address.

6.    At all times material hereto, defendants acted or failed to act through their agents, servants, workmen and/or employees, who were then and there acting within the course and scope of such relationship.

7.    On or about May 3, 2025, at or around 7:00 p.m., Plaintiff, **TONJA MITCHELL**, while seated at a table, defendants employee displaced a child's booster seat on a ledge behind Plaintiff which then collapsed onto her body.

8.    On or about the aforesaid date, and for a long period of time prior thereto, there existed a dangerous and defective condition created by the placing of a child's booster seat behind Plaintiff on a ledge making it more dangerous at the said area which was carelessly and negligently allowed and permitted to remain by the defendants.

9.    The placing of a child's booster seat directly behind Plaintiff recklessly created a danger to business invitees of the premises.

10.    By placing of child's booster seat directly behind Plaintiff thus creating an increased risk of danger by a false impression that it was safe to be seated.

11.    No other warnings, signs, safety cones, or barricades were in place to warn business invitees of the known danger.

## COUNT I
### PLAINTIFF, TONJA MITCHELL vs. DEFENDANTS

12.    Plaintiff hereby incorporate by reference each and every of the allegations contained in paragraphs 1 through 11 above, as though same were more fully set forth herein at length.

13.    At all times material hereto, the negligence, carelessness and recklessness of the defendants, by and through their agents, servants, workmen and/or employees consisted of the following:

      a.    Permitting or allowing said dangerous condition to exist on the premises supervised by them after they could have or should have known of said dangerous condition;

b.      Failing to give plaintiff proper and due notice of the defective condition existing on the premises;

c.      Failing to place warnings or barricades at the point of the accident to prevent the occurrence hereto recited;

d.      Failing to give plaintiff proper and adequate protection which she was entitled to as a business invitee;

e.      Failing to provide adequate illumination in the area of said defective condition to alert the plaintiff of the inherently dangerous nature of same;

f.      Failing to properly supervise its workmen, including those working under contract;

g.      Failing to properly manage and/or monitor employees on their premises;

h.      By creating a dangerous conditions by placing booster seat directly behind Plaintiff;

i.      Creating or allowing a dangerous condition by concealing its existence from business invitees;

j.      In creating an increased risk of harm to its business invitees by the placing of booster seats directly behind Plaintiff and having it fall onto her body;

k.      Failing to secure a child's booster seat placed on a ledge behind Plaintiff;

l.      Failing to properly train its workers to ensure the safety of business invitees.

m.      Failing to exercise due care under the circumstances; and,

n.      Negligence as a matter of law.

14.      As a result of the aforesaid accident, Plaintiff, *TONJA MITCHELL*, sustained injuries in and about the head, body and extremities which injuries are and may be serious, severe and permanent including, without limitation, causing or aggravation of multi-level cervical disc protrusions, bulges and disease, cervical sprain and strain, and derangement of the right shoulder and surrounding muscle, ligaments, tendons and tissues, sprains and strains of connective tissue and a severe shock to her nerves and nervous system.

15.      As a further result of this accident, Plaintiff, *TONJA MITCHELL*, has been or

will be obliged to receive and undergo medical attention and care and to expend various sums of money or to incur various expenses and may be obliged to continue to expend such sums for an indefinite time in the future.

16.     As a further result of the above-described accident, Plaintiff, *TONJA MITCHELL*, has been unable to attend to her daily chores, duties, and occupations and may be unable to do so for an indefinite time in the future, all to her great financial detriment and loss.

17.     As a direct and proximate result of the above-described accident, Plaintiff, *TONJA MITCHELL*, has or may hereafter incur other financial expenses or losses which do or may exceed amounts which he may otherwise be entitled to recover.

18.     As a further result of the above-described accident, Plaintiff, *TONJA MITCHELL*, has suffered severe pain, mental anguish, embarrassment and humiliation, and may continue to suffer same for an indefinite time in the future.

*WHEREFORE*, Plaintiff, *TONJA MITCHELL*, demand compensatory damage against defendants, jointly and severally, and aver in the amount in excess of $75,000.00 diversity threshold, plus delay damages, taxable costs and other damages determined to be in the interest of justice.

**DION, SOLOMON & SHAPIRO, L.L.C.**

BY: _____

XAVIER P. HAYDEN, ESQUIRE
Attorney for Plaintiff
TONJA MITCHELL
Supreme Court I.D. No.: 56258
1801 Market Street, Suite 606
Philadelphia, PA 19103
P: (215) 561-0877/F: (215) 561-3557
E-mail Address: Xhayden@dionsolomon.com

*DATED: February 13, 2026*

## *VERIFICATION*

I, *TONJA MITCHELL*, having read the attached Complaint, hereby verifies that the within Complaint is based on information furnished by counsel, which information has been gathered by counsel within the course of the lawsuit. The language of the Complaint is that of counsel and not of signer. Signer verifies that she has read the within Complaint and that it is true and correct to the best of signer's knowledge, information and belief. To the extent that the contents of the Complaint are that of counsel, signer verifies has relied upon counsel in taking this Verification.

This Verification is made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

*TONJA MITCHELL*

DATED: 2/13/2026